**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 418 MAL 2014
                                                              :
                              Respondent         :
                                                              : Petition for Allowance of Appeal from the
                                                              : Order of the Superior Court
                         v.                          :
                                                              :
                                                              :
                                                              :
REGINALD A. BROWN,                      :
                                                              :
                              Petitioner           :


## ORDER


**PER CURIAM**

     **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal

is **DENIED**.